IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VANESSA E. DIXON,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:18cv13-MHT
                               )           (WO)
NATIONAL SECURITY OF           )
ALABAMA, INC., d/b/a           )
DTA Security Services,         )
                               )
     Defendant.                )
```

OPINION AND ORDER

Plaintiff filed this lawsuit contending that she was subjected to race discrimination in her employment. This case is before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss or, in the alternative, for a more definite statement be denied as moot. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 32) is adopted.

(2) The motion to dismiss or, in the alternative, for a more definite statement (doc. no. 17) is denied as moot.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 17th day of September, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**